IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYDRO NET LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 21-478 (MN) |
| | ) |
| BARRACUDA NETWORKS, INC. | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

OF COUNSEL:

Karineh Khachatourian
Nikolaus A. Woloszczuk
Oren J. Torten
RIMON, P.C.
2445 Faber Place, Suite 250
Palo Alto, CA  94303
(650) 461-4433

July 16, 2021

MORRIS, NICHOLS, ARSHT &TUNNELL LLP
Michael Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@mnat.com
*Attorneys for Defendant*

On June 28, 2021, Defendant Barracuda Networks, Inc. ("Barracuda") moved under Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff Hydro Net, LLC's ("Hydro Net") claims for direct, induced, and contributory infringement as well as Hydro Net's claim for enhanced damages under § 284.  D.I. 10.  Barracuda's motion demonstrated that Hydro Net had not plausibly alleged that Barracuda practices *any* limitations of the Asserted Claims.  *Id.* at 9-13.  With respect to indirect infringement, Barracuda demonstrated, *inter alia*, that (i) there were no plausible allegations of direct infringement by Barracuda (or anyone else) and (ii) there were no alleged facts showing that Barracuda had pre-suit knowledge of the sole asserted patent, U.S. Patent No. 7,187,706, which had expired months before the case was filed.  *Id.* at 4, 13-18.  Likewise, Barracuda demonstrated that Hydro Net's request for enhanced damages under 35 U.S.C. § 284 should be dismissed because there were no factual allegations that Barracuda had pre-suit knowledge of the asserted patent.  *Id.* at 18-19.

Hydro Net's response to the motion was due on July 12, 2021, but it filed no response.  Nor did Hydro Net's counsel respond to a July 1 email from Barracuda's counsel requesting that Hydro Net dismiss its complaint with prejudice based on the motion, before Barracuda incurred further costs in this litigation.  *See* Ex. A.

In view of Hydro Net's failure to oppose Barracuda's motion to dismiss, Barracuda respectfully requests that the Court grant the motion and dismiss all

claims with prejudice. *See Carraway v. Borough of Wilkinsburg*, C.A. No. 9-372, 2009 WL 2981955, at *2 (W.D. Pa. Sept. 11, 2009) ("The Court 'may, and generally will, deem a claim abandoned when a plaintiff fails to respond to a defendant's arguments that the claim should be dismissed.'"); *see also Uniloc 2017 LLC v. NEXON Co., Ltd*, C.A. No. 20-1051-CFC, D.I. 35 (D. Del. Jan. 15, 2021) (granting motions to dismiss where plaintiff "failed to timely file a response to either motion."), attached as Ex. B.

A proposed order is attached as Exhibit C.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Michael Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@mnat.com
  *Attorneys for Defendant*

OF COUNSEL:

Karineh Khachatourian
Nikolaus A. Woloszczuk
Oren J. Torten
RIMON, P.C.
2445 Faber Place, Suite 250
Palo Alto, CA 94303
(650) 461-4433

July 16, 2021

2

## WORD COUNT CERTIFICATION

The undersigned counsel hereby certifies that the foregoing document contains 335 words, which were counted by using the word count feature in Microsoft Word, in 14-point Times New Roman font. The word count does not include the cover page, tables of contents and authorities, or the counsel blocks.

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021 I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 16, 2021 upon the following in the manner indicated:

| | |
|---|---|
| David W. deBruin<br>GAWTHROP GREENWOOD, PC<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)