# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Hydro Net LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Barracuda Networks, Inc.,**<br><br>    Defendant. | Case No. 1:21-cv-00478-MN<br><br>Patent Case<br><br>Jury Trial Demanded |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Hydro Net LLC and Defendant Barracuda Networks, Inc., subject to the approval of the Court, that Plaintiff's time to respond to the Motion to Dismiss for Failure to State a Claim [DI 16-17] ("Motion") in this action shall be extended from August 13, 2021 to August 27, 2021, and the date for Defendant's reply in support of its motion shall be extended to September 17, 2021.

This is Plaintiff's first request for an extension of this nature. The reason for this requested extension is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion and consider an appropriate response. No party will be prejudiced by this brief extension. Granting this request will not alter the date of any other event or deadline already fixed by Court order.

| | |
|---|---|
| Dated: August 12, 2021<br>    **GAWTHROP GREENWOOD, PC**<br><br>*/s/ David W. deBruin*<br>David W. deBruin (No. 4846) 3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>Phone: 302-777-5353<br>ddebruin@gawthrop.com<br>*Counsel for Plaintiff* | Respectfully submitted,<br>    **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/Michael J. Flynn*<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilminton, DE  19899<br>(302) 658-9200<br>mflynn@morrisnichols.com<br>*Counsel for Defendant* |

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE